# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1701
Lower Tribunal No. F08-26940A

_____

**Kamal Williams,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Kamal Williams, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999) ("[A]ny citizen, including a citizen attacking his or her conviction, abuses the right to pro se access by filing repetitious and frivolous pleadings, thereby diminishing the ability of the courts to devote their finite resources to the consideration of legitimate claims."); Philpot v. State, 183 So. 3d 410, 411 (Fla. 3d DCA 2014) ("While pro se parties must be afforded a genuine and adequate opportunity to exercise their constitutional right of access to the courts, that right is not unfettered. The right to proceed pro se may be forfeited where it is determined, after proper notice and an opportunity to be heard, that the party has abused the judicial process by the continued filing of successive or meritless collateral claims in a criminal proceeding."); Montesinos v. State, 143 So. 3d 1055, 1056–57 (Fla. 3d DCA 2014) ("Prisoners do not, however, enjoy a constitutional right to file frivolous lawsuits.").